# United States District Court

FOR THE    DISTRICT OF    PUERTO RICO

UNITED STATES OF AMERICA

v.

/. MIGUEL A. GARCIA - PEREZ

To: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 99-186 (CCC)

YOU ARE HEREBY COMMANDED to arrest    MIGUEL A. GARCIA - PEREZ
                                         Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

X  Indictment    _ Information    _ Complaint    _ Order of court    _ Violation Notice    _ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly, willfully, unlawfully, and intentionally distribute multi-kilogram quantities of controlled substances, the is, in excess of five (5) kilograms of cocaine, an amount not less than 50 grams of cocaine base, both Schedule II Narcotic Drug Controlled Substances, multi-kilogram quantities of marijuana, a Schedule I Narcotic Drug Controlled Substance, and possession of firearms.

in violation of Title 21, United States Code, Section 841(a)(1), 846; Title 18, United States Code, Section 921 (a)(3), Section 2, and 924(c)(1).

Aida M. Delgado-Colon          U.S. Magistrate Judge
Name of Issuing Officer          Title of Issuing Officer

_[signature]_ Deputy Clerk   6-25-99 at San Juan, PR
Signature of Issuing Officer          Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| Date Received 8/19/99 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 2/16/00 | FBI | For FBI Executed by [signature] |

AO 442 (Rev. 12/85) Warrant for Arrest